United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASIM GHOSH,

         Plaintiff,

   v.

BANK OF AMERICA, N.A., A BUSINESS ENTITY,

         Defendant.

Case No. 21-cv-09930-RS

**ORDER VACATING HEARING**

Defendant's motion to dismiss is presently calendared for February 24, 2022. Plaintiff has filed opposition on the merits, but has also represented he intends to seek leave to file an amended complaint that would eliminate diversity jurisdiction and require remand of this action to San Francisco Superior Court, where it was originally filed. The issues presented by the motion to dismiss involve interpretation and application of California statutory law, including the effect, if any, of certain legislative amendments on prior state court case law. While such matters may be appropriately addressed by a federal court where jurisdiction exists, under the circumstances here, judicial efficiency and potential comity concerns weigh in favor of holding the motion to dismiss in abeyance until it is settled whether this action will be remanded or not.

Accordingly, the hearing set for February 24, 2022, is vacated. The parties are directed to meet and confer forthwith as to whether amendment of the complaint will be by stipulation or noticed motion. Any stipulation to allow the amendment does not preclude defendant from challenging any aspect of the complaint as amended, nor does it preclude defendant from opposing

1  remand, if there is a good faith basis to do so after amendment.

2      Plaintiff shall file any motion for leave to amend, or any motion to remand if a stipulation

3  for amendment is reached, no later than March 17, 2022. If for any reason the pending motion to

4  dismiss is never mooted by remand, or superseded by a new motion to dismiss an amended

5  complaint, at an appropriate juncture it will be reset or submitted for decision without oral

6  argument, in the court's discretion.

**IT IS SO ORDERED**.

Dated: February 16, 2022

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California